UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Osber Gabriel IZAAC UTUY,

Petitioner,

v.

Kristi NOEM, et al.,

Respondents.

Case No.:  26-cv-1007-AGS-BLM

**ORDER DISMISSING HABEAS PETITION (ECF 1) FOR FAILURE TO NAME PROPER RESPONDENT**

Petitioner Osber Izaac Utuy seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. But this Court lacks "jurisdiction" over his petition because he did not name "the proper respondent"—"the warden of the facility where [he] is being held." *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004); *see also* 28 U.S.C. § 2242 ("Application for a writ of habeas corpus . . . shall allege the facts concerning the applicant's commitment or detention, *the name of the person who has custody over him and by virtue of what claim or authority, if known.*" (emphasis added)). So, his petition must be dismissed. If Izaac Utuy chooses to file an amended petition naming the proper respondent, he must do so by **March 4, 2026**.

Dated:  February 18, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-1007-AGS-BLM