UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osber Gabriel Izaac UTUY,<br><br>         Petitioner,<br><br>v.<br><br>Kristi NOEM, et al.,<br><br>         Respondents. | Case No.: 26-cv-1007-AGS-MSB<br><br>**ORDER GRANTING AMENDED HABEAS PETITION (ECF 4) AND ORDERING BOND HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 9, at 2.) The Court agrees. Accordingly, the amended habeas petition is **GRANTED**, and all pending motions are denied as moot.

Respondents must provide petitioner with a bond hearing before an immigration judge by **March 10, 2026**.

Dated:  February 24, 2026

                 _____
                 Hon. Andrew G. Schopler
                 United States District Judge